UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI L. LUKE, and JIMMY L. LUKE,<br><br>    Plaintiffs,<br><br>v.<br><br>KIA MOTORS AMERICA, INC; and DOES ONE through TEN,<br><br>    Defendants.. | **CASE NO.: 2:11-CV-03468-KJM-KJN**<br><br>Assigned to: Hon. Kimberly J. Mueller<br><br>**ORDER RE: STIPULATION TO REMAND AND TO DISMISSAL CERTAIN CAUSES OF ACTION WITHOUT PREJUDICE**<br><br>Complaint Filed:  October 6, 2011<br>Trial Date:           None Set |

Upon reviewing the parties' Stipulation to Remand and to Dismiss Certain Causes of Action Without Prejudice, the following is hereby ORDERED:

1. Plaintiffs' Third Cause of Action for False Advertising be dismissed without prejudice;

2. Plaintiffs' Fourth Cause of Action for Breach of Written Warranty under the Magnuson-Moss Warranty Act be dismissed without prejudice;

/ / /

3. Plaintiffs' Fifth Cause of Action for Brach of Implied Warranty under the Magnuson-Moss Warranty Act be dismissed without prejudice;

4. Plaintiffs' Sixth Cause of Action for Fraud by Intentional Misrepresentation and Concealment be dismissed without prejudice;

5. Plaintiffs' Seventh Cause of Action for Constructive Fraud ("Tort in Essence") be dismissed without prejudice; and

6. The above-captioned action be remanded to the Sacramento County Superior Court.

Parties are free to stipulate to remand an action. <u>Truck Ins. Exch. v. Atl. Mut. Ins. Co.</u>, 2007 U.S. Dist. LEXIS 55116 (N.D. Cal. July 20, 2007). Under Federal Rules of Civil Procedure Rule 15(a)(2), plaintiffs may amend their pleading with opposing party's written consent, which plaintiffs have here with this stipulation. Therefore, plaintiffs are free to amend their Complaint to dismiss certain causes of action.

IT IS SO ORDERED.

DATED: January 25, 2012.

UNITED STATES DISTRICT JUDGE